# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| Chaplin Johnson and Brenda Davis, individually and on behalf of all others similarly situated, ) ) | |
| v. ) | CV |
| ) | |
| TMX FINANCE CORPORATE SERVICES, INC. AND TMX FINANCE, LLC, ) ) | |

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| | |
| Chaplin Johnson | Plaintiff |
| Brenda Davis | Plaintiff |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| | |
| N/A | N/A |
| | |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| TMX Finance Corporate Services, Inc. | Defendant |
| TMX Finance, LLC | Defendant |
| | |

|  |  |
|--|--|
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| Chaplin Johnson | Plaintiff | Texas |
| Brenda Davis | Plaintiff | Georgia |
|  |  |  |
|  |  |  |
|  |  |  |

4/24/2023

Date

*/s/ C. Ryan Morgan*

Signature of Attorney of Record

C. Ryan Morgan

Printed Name